UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES -- GENERAL

Case No. **CV 04-7690-JFW (PLAx)**  Date: September 20, 2004

Title: MARK BETHEA, et al. -v- MARK BURNETT, et al.

**DOCKET ENTRY**

**PRESENT:**
HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly  None Present
Courtroom Deputy  Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  **ATTORNEYS PRESENT FOR DEFENDANTS:**
None  None

**PROCEEDINGS (IN CHAMBERS):**  **ORDER DISMISSING DOES**

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties.

Accordingly, the Court hereby dismisses the action as to Doe Defendants 11 through 100, inclusive.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

S:\CIVIL CASES\Bethea ADR 04-7690\Dismissal of Does.wpd
(Rev. 9/5/02)

DOCKETED ON CM
SEP 22 2004
BY _____ 007

Initials of Deputy Clerk  sr