UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 04-7690-JFW (PLAx)**                              Dated: **June 20, 2005**

Title:   MARK BETHEA, et al. -v- MARK BURNETT, et al.

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Nancy Smith-Wells |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Ronald W. Makarem                                    Steven A. Marenberg
Marni B. Folinsky                                         Philip M. Kelly

PROCEEDINGS:  **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [fld 5/6/05 and amended 5/10/05] [doc 73]**

**DEFENDANT CONRAD RIGGS MOTION FOR SUMMARY JUDGMENT, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR BREACH OF IMPLIED-IN-FACT CONTRACT AND BREACH OF CONFIDENCE [fld 5/6/05 and amended 5/10/05] [doc 72]**

Case called, and counsel make their appearance.

The Court issues its tentative ruling and hears oral argument. The matter is taken under submission.

Initials of Deputy Clerk  sr
:120 min