Priority ✓
Send
Enter
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BETHEA and VELOCITY ENTERTAINMENT GROUP,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARK BURNETT, MARK BURNETT PRODUCTIONS, INC., JMBP, INC., TRUMP PRODUCTIONS, LLC, DONALD TRUMP, NBC UNIVERSAL, CONRAD RIGGS, and JAY BIENSTOCK,<br><br>        Defendants. | Case No. **CV04-7690-JFW(PLAx)**<br><br>**AMENDED JUDGMENT** |

The Court, having granted the Defendants' motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on Plaintiffs' First and Fourth Claims for Relief, and

The Court, having dismissed Plaintiffs' Second, Third and Fifth Claims for Relief without prejudice on the grounds that the Court declines to exercise supplemental jurisdiction over those state law claims pursuant to 28 U.S.C. § 1367(c),

135

1     IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
2 DECREED, that judgment is entered in this action as follows:
3     1.  Plaintiffs Mark Bethea and Velocity Entertainment
4 Group shall recover nothing from any of the named Defendants;
5     2.  Defendants Mark Burnett, Mark Burnett Productions,
6 Inc., JMBP, Inc., Trump Productions, LLC, Donald Trump, NBC
7 Universal, Conrad Riggs and Jay Bienstock shall have judgment
8 in their favor on Plaintiffs' First and Fourth Claims for
9 Relief; and
10     3.  Defendants shall recover from Plaintiffs their costs
11 of suit in the sum of $_____.

13     The Clerk is ordered to enter this Judgment.

16 Dated: August 2, 2005

                            JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE

2