**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PRIORITY SEND

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 04-7690-JFW (PLAx)**                    Date:  August 2, 2005

Title:   MARK BETHEA, et al. -v- MARK BURNETT, et al.

---

**PRESENT:**

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                        **None Present**
**Courtroom Deputy**                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                          None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER GRANTING IN PART AND DENYING IN PART**
                                        **DEFENDANTS' MOTION TO ALTER OR AMEND**
                                        **JUDGMENT [filed 7/14/05; Docket No. 128]**

On July 14, 2005, Defendants Mark Burnett, Mark Burnett Productions, Inc., JMBP, Inc., Trump Productions, LLC, Donald Trump, NBC Universal, Conrad Riggs and Jay Bienstock (collectively "Defendants") filed a Motion to Alter or Amend Judgment.  On July 25, 2005, Plaintiffs Mark Bethea and Velocity Entertainment Group (collectively "Plaintiffs") filed their Opposition.  On August 1, 2005, Defendants filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for August 8, 2005 is hereby vacated and the matter taken off calendar.  After considering the moving, opposing, and reply papers and the arguments therein, the Court rules as follows:

Defendants' Motion is **GRANTED in part**.  The Court will amend Paragraph 1 of the Judgment to read: "Plaintiffs Mark Bethea and Velocity Entertainment Group shall recover nothing from any of the named Defendants."  The Court will file the Amended Judgment concurrently with this Order.  The balance of Defendants' Motion is **DENIED**.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

136