UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK BETHEA; et al., | Nos. 05-56417, 05-56238 |
| Plaintiffs - Appellees Cross-Appellants, | D.C. No. CV-04-07690-JFW Central District of California, Los Angeles |
| v. | |
| MARK BURNETT; et al., | ORDER |
| Defendants - Appellants Cross-Appellees. | |

The parties' stipulation to voluntary dismissal of these appeals is granted. These appeal are dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). Each party is to bear its own costs to the appeal. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 6.5